**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| Christopher J. Romano<br>Assistant United States Attorney<br>Christopher.Romano@usdoj.gov | Suite 400<br>36 S. Charles Street<br>Baltimore, MD 21201-3119 | DIRECT: 410-209-4907<br>MAIN: 410-209-4800<br>FAX: 410-962-0717 |

February 22, 2020

VIA ECF

The Honorable Stephanie A. Gallagher
United States District Judge
United States Courthouse
101 W. Lombard St.
Baltimore, MD 21201

        Re: United States v. John Wall et al
        Crim. No. SAG:19-0500

Dear Judge Gallagher:

    I am writing the Court to provide a status update in the above-captioned case. Several plea agreements have been sent to defense counsel and the Government is awaiting execution of the plea agreements. Upon receipt of the executed plea agreements, the parties will contact chambers to schedule re-arraignments.

    Given the present posture of the case, with the exception of Defendant Wall, who remains a fugitive, it appears the case can be resolved without the necessity of a trial.

    If the Court agrees, another status report will be provided in thirty days.

                        Very truly yours,
                        Robert K. Hur
                        United States Attorney

        By:_____/s/_____
                        Christopher J. Romano
                        Assistant United States Attorney

cc: Counsel of record
via ECF

*Approved*
*USDJ*
*2/24/2020*