IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. SAG-19-0500 |
| CHRISTIAN FRANKENBERG | * | |

\* \* \* \* \*

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Modify release Conditions and in light of the Government's lack of opposition thereto it is this \_\_\_\_ day of _____ 2020,

**ORDERED** that the motion is **GRANTED.** The Defendant's release conditions are modified to allow him to travel to Surfside Beach, South Carolina, for a vacation with family from September 5, 2020 through September 12, 2020, at a place approved by pretrial services.

All terms and conditions of the Defendant's current release are to remain in full force and effect.

_____
United States Magistrate Judge